1

2

3

4

5

6

7

8

9

10              UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12

ROY L. SHIVERS III,                    )        1:06-CV-01811-OWW-DLB-HC
13                                       )
                  Petitioner,            )
14                                       )        ORDER GRANTING IN FORMA PAUPERIS
       v.                                )        STATUS
15                                       )
ON HABEAS CORPUS,                        )
16                                       )
                  Respondent.            )
17  _____  )

18

19          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

20  pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

21  proceed *in forma pauperis*.  The petition will be screened in due course.

22

23      IT IS SO ORDERED.

24      **Dated:    January 23, 2007**              _____ **/s/ Dennis L. Beck** _____
    ah0l4d                                         UNITED STATES MAGISTRATE JUDGE
25

26

27

28