IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY L. SHIVERS, III, | ) | 1:06-cv-01811-OWW-DLB-HC |
| Petitioner, | ) | **FINDINGS AND RECOMMENDATIONS** |
| vs. | ) | (Doc. 5) |
| ON HABEAS CORPUS, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 23, 2007, the court dismissed the petition for writ of habeas corpus, and granted Petitioner thirty (30) days within which to file an amended petition in compliance therewith. The thirty-day period has passed, and Petitioner has failed to comply with or otherwise respond to the court's order.

In determining whether to dismiss an action for lack of prosecution, the court must consider several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the Respondents; (4) the public policy favoring disposition of cases on

1

1  their merits; and, (5) the availability of less drastic
2  alternatives.  Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir.
3  1986); Carey v. King, 856 F.2d 1439 (9th Cir. 1988).  The court
4  finds that the public's interest in expeditiously resolving this
5  litigation and the court's interest in managing the docket weigh in
6  favor of dismissal.  The third factor, risk of prejudice to
7  Respondents, also weighs in favor of dismissal, since a presumption
8  of injury arises from the occurrence of unreasonable delay in
9  prosecuting an action.  Anderson v. Air West, 542 F.2d 522, 524 (9th
10 Cir. 1976).  The fourth factor -- public policy favoring
11 disposition of cases on their merits -- is greatly outweighed by
12 the factors in favor of dismissal discussed herein.  Finally, a
13 court's warning to a party that failure to obey the court's order
14 will result in dismissal satisfies the "consideration of
15 alternatives" requirement.  Ferdik v. Bonzelet, 963 F.2d at 1262;
16 Malone, 833 at 132-33; Henderson, 779 F.2d at 1424.  The court's
17 order of January 23, 2007, expressly stated: "Petitioner is advised
18 that failure to file a first amended petition in compliance with
19 this order within the allotted time will result in a recommendation
20 that the petition be dismissed and the action be terminated."
21 Thus, Petitioner had adequate warning that dismissal of the
22 petition and termination of the action would result from
23 noncompliance with the court's order.
24      Accordingly, the court HEREBY RECOMMENDS that the petition for
25 writ of habeas corpus be DISMISSED and this action be TERMINATED
26 for Petitioner's failure to comply with the court's order of
27 January 23, 2007.  This Findings and Recommendations are submitted
28 to the United States District Judge assigned to the case pursuant

1  to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of
2  the Local Rules of Practice for the United States District Court,
3  Eastern District of California.  Within thirty (30) days after
4  being served with a copy, any party may file written objections
5  with the court and serve a copy on all parties.  Such a document
6  should be captioned "Objections to Magistrate Judge's Findings and
7  Recommendations."  Replies to the objections shall be served and
8  filed within ten (10) <u>court</u> days (plus three days if served by
9  mail) after service of the objections.  The Court will then review
10 the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636
11 (b)(1)(C).  The parties are advised that failure to file objections
12 within the specified time may waive the right to appeal the
13 District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.
14 1991).

   IT IS SO ORDERED.

   **Dated:   April 17, 2007**           **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

3