<pre>
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


ROY L. SHIVERS, III,          )    1:06-cv-01811-OWW-DLB-HC
                              )
        Petitioner,           )    **ORDER ADOPTING FINDINGS AND**
                              )    **RECOMMENDATIONS** (Doc. 6)
v.                            )
                              )    **ORDER DENYING MOTION FOR**
ON HABEAS CORPUS,             )    **PRELIMINARY INJUNCTION**
                              )    (Doc. 4)
        Respondent.           )
_____)
</pre>

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On January 23, 2007, the Magistrate Judge filed Findings and Recommendations that Petitioner's motion for a preliminary injunction be DENIED. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendations.

///

//

/

1

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendations are supported
5 by the record and proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed January 23, 2007,
8 are ADOPTED IN FULL; and,
9    2.   Petitioner's motion for a preliminary injunction, filed
10 December 26, 2006, is DENIED.
11 IT IS SO ORDERED.
12 **Dated:   April 19, 2007**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE