# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY L. SHIVERS, III, | CV F   06-1811 OWW DLB HC |
| Petitioner, | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED APRIL 18, 2007 AND GRANTING PETITIONER THIRTY DAYS FROM DATE OF SERVICE TO FILE AMENDED PETITION |
| v. | |
| ON HABEAS CORPUS, | [Docs. 9, 11] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on December 8, 2006.  On January 23, 2007, the Court directed Petitioner to file an amended petition indicating whether he had exhausted the state court remedies and to name a proper respondent.  (Court Doc. 5.)  Petitioner failed to comply with the Court's order; therefore, the Court issued Findings and Recommendations to dismiss the action for failure to obey a court order on April 18, 2007.  (Court Doc. 9.)  On May 7, 2007, Petitioner filed objections to the Findings and Recommendations.

In his objections, Petitioner contends that he did submit the amended petition, however, the Court never received it.  In the interest of justice, the Court will give Petitioner the benefit of doubt and vacate the Findings and Recommendations, and grant him thirty (30) days from the

date of service of this order, to submit the amended petition.[1]  Petitioner is again advised that his failure to comply with this order will result in the dismissal of this action.  Local Rule 11-110.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 18, 2007, is VACATED;
2. Petitioner is granted thirty (30) days from the date of service of this order to file an amended petition in compliance with the Court's January 23, 2007, order; and
3. Failure to comply with this order will result in the dismissal of the action for failure to comply with a court order.  Local Rule 11-110.

IT IS SO ORDERED.

Dated:  **May 15, 2007**                    /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is advised that future extensions of time may not be granted absent sufficient documentary evidence supporting Petitioner's contention.