UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY L. SHIVERS, III,<br><br>        Petitioner,<br><br>v.<br><br>ON HABEAS CORPUS,<br><br>        Respondent. | 1:06-cv-01811-OWW-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 13)<br><br>**ORDER DISMISSING PETITION**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On July 23, 2007, the Magistrate Judge filed Findings and a Recommendation that the instant petition be DISMISSED for failure to comply with a court order.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within fifteen (15) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

1

the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 23, 2007, are ADOPTED IN FULL;

2. The instant petition is DISMISSED for failure to comply with a court order; and,

3. The Clerk of Court is enter judgment for Respondent.

IT IS SO ORDERED.

**Dated:   September 25, 2007**             /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE